# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

---

December 12th, 2017

**VIA ECF**
Honorable Judge Cheryl Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    Mustafaev v. NRC Nations Recovery Center Inc
                 No. 1:17-cv-04473

Dear Judge Pollak:

      I represent the Plaintiff in the above referenced matter and I am informing the Court that the case has settled.

      Plaintiff respectfully requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the Plaintiff can be assured that the funds clear my escrow account.

      In light of the settlement, the parties respectfully request the cancellation of the telephone conference scheduled for January 9th, 2018 at 3pm.

      Thank you for Your Honor's time and attention to this matter.

                                                Very truly yours,

                                                /s/ Igor Litvak

                                                Igor Litvak, Esq.